UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

A.L.S. ENTERPRISES, INC.,

    Plaintiff,

v.

Case No. 1:14-cv-00500
Hon. Gordon J. Quist

ROBINSON OUTDOOR PRODUCTS, LLC,

    Defendant.

---

| | |
|---|---|
| VARNUM LLP<br>Timothy E. Eagle (P38183)<br>Adam J. Brody (P62035)<br>Attorneys for Plaintiff<br>333 Bridge Street N.W.<br>Grand Rapids, MI 49504<br>(616) 336-6000<br>teeagle@varnumlaw.com<br>ajbrody@varnumlaw.com | SECREST WARDLE<br>Justin L. Cole (P68139)<br>Henry S. Emrich (P29948)<br>Attorneys for Defendant<br>2025 East Beltline S.E., Suite 600<br>Grand Rapids, MI 49546<br>(616) 285-0143<br>jcole@secrestwardle.com<br>hemrich@secrestwardle.com |

FOLEY & LARDNER LLP
Naikang Tsao, WI State Bar No. 1036747
Attorneys for Plaintiff
150 East Gilman Street
Madison, WI 53703
(608) 258-4250
ntsao@foley.com

---

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

---

Plaintiff A.L.S. Enterprises, Inc. ("A.L.S."), by and through its attorneys, Varnum LLP and Foley & Lardner LLP, hereby moves this Court pursuant to Fed. R. Civ. P. 37 for an order compelling the defendant to: (1) supplement its answers to ALS's interrogatories numbers two and three; (2) provide a written response to ALS's third set of document requests; and (3) cure the deficiencies in its document productions to date, which are set forth in more detail in the

accompanying Brief in Support of Motion to Compel Production of Documents. ALS further requests that the Court enter a deadline for Robinson to comply with its order.

ALS certifies that it has in good faith conferred with Robinson in accordance with Fed. R. Civ. P. 37(a)(1) and Local Rule 7.1(d) in an attempt to resolve this dispute without court intervention. The efforts ALS made to resolve this dispute are set forth in the accompanying Brief.

Dated this 22nd day of July, 2015.

> VARNUM LLP
> Timothy E. Eagle (P38183)
> Adam J. Brody (P62035)
> 333 Bridge Street, N.W.
> Grand Rapids, MI 49501-0352
> Telephone: (616) 336-6000
> Facsimile: (616) 336-7000
> teeagle@varnumlaw.com
> ajbrody@varnumlaw.com
>
> *Of Counsel*:
>
> /s/ *Naikang Tsao*
> Naikang Tsao, WI State Bar No. 1036747
> FOLEY & LARDNER LLP
> 150 East Gilman Street
> Madison, WI 53703-1481
> Telephone: (608) 258-4250
> Facsimile: (608) 258-4258
> ntsao@foley.com
>
> *Attorneys for Plaintiff A.L.S. Enterprises, Inc.*

4824-5748-2021.