UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:14-cv-00500-GJQ | 8/10/2015 | 11:02 AM - 11:29 AM | Grand Rapids | Ellen S. Carmody |

**CASE CAPTION**

| Plaintiff(s): | Defendant(s): |
|---|---|
| A.L.S. Enterprises, Inc. | Robinson Outdoor Products, LLC |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Megan R. Stelljes | Plaintiff(s) |
| James K. Langdon (via phone)<br>Justin Lucas Cole | Defendant(s) |

**PROCEEDINGS**

**NATURE OF HEARING:** Plaintiff's Motion to Compel Production of Documents (Dkt. 50) - granted, order to issue.

Proceedings Digitally Recorded
Deputy Clerk: J. Lenon