UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

A.L.S. ENTERPRISES, INC.,

    Plaintiff,

v.                                                                      Hon. Gordon J. Quist

ROBINSON OUTDOOR PRODUCTS, LLC,                Case No. 1:14-cv-00500

    Defendant.

_____/

ORDER

This matter is before the Court on Plaintiff's Motion to Compel Production of Documents (Dkt. 50). For the reasons and to the extent stated on the record at the hearing held August 10, 2015, the motion (Dkt. 50) is **granted**.

By August 21, 2015, defendant shall serve documents fully responsive to plaintiff's third request for production and provide a privilege log fully compliant with Fed. R. Civ. P. 26(b)(5).

IT IS SO ORDERED.

Date: August 11, 2015                    /s/ Ellen S. Carmody
                                                     ELLEN S. CARMODY
                                                     U.S. Magistrate Judge